**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:16-CR-52-JVB-JEM |
| | ) | |
| TIMOTHY AARON BROWN, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A PLEA OF GUILTY BY DEFENDANT TIMOTHY AARON BROWN**

TO:   THE HONORABLE JOSEPH S. VAN BOKKELEN,
   UNITED STATES DISTRICT COURT

Upon Defendant Timothy Aaron Brown's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on October 19, 2017, with the consent of Defendant Brown, counsel for Defendant Brown, and counsel for the United States of America.

The hearing on Defendant Brown's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Brown under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Brown,

I FIND as follows:

(1) that Defendant Timothy Aaron Brown understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Timothy Aaron Brown understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Timothy Aaron Brown understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Timothy Aaron Brown understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Timothy Aaron Brown has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Timothy Aaron Brown is competent to plead guilty;

(6) that Defendant Timothy Aaron Brown understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Timothy Aaron Brown's plea; and further,

I RECOMMEND that the Court accept Timothy Aaron Brown's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Timothy Aaron Brown be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Timothy Aaron Brown be adjudged guilty, sentencing before Judge Joseph S. Van Bokkelen will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 19th day of October, 2017.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:   All counsel of record  
      Honorable Joseph S. Van Bokkelen