# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-52 JVB |
| TIMOTHY AARON BROWN | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge entered on October 23, 2017, on a plea of guilty by Defendant Timothy Aaron Brown (DE 36). No objections have been filed to Magistrate Judge Martin's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Timothy Aaron Brown, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the indictment.

SO ORDERED on November 7, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge